BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAFALGAR SHIPPING SRL,

        Plaintiff,

    v.

OCEAN TRAFFIC CORPORATION,

        Defendant.

---

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       December 31, 2007

                        Respectfully submitted,
                        BLANK ROME, LLP
                        Attorneys for Plaintiff

                        By /s/ Jeremy Harwood
                        Jeremy J.O. Harwood (JH 9012)
                        405 Lexington Avenue
                        New York, NY 10174
                        Tel.: (212) 885-5000

08 CV 00015

RECEIVED JAN 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

Judge Berman

294478.1
900200.00001/6602157v.1