BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10006
(212) 885-5149



RECEIVED MAR 04 2008 RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAFALGAR SHIPPING SRL,

                Plaintiff,

v.

OCEAN TRAFFIC CORPORATION,

                Defendant.

---

08 Civ. 00015 (RMB)

**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1)**

WHEREAS Plaintiff, TRAFALGAR SHIPPING SRL, filed the captioned Complaint and Defendant OCEAN TRAFFIC CORPORATION, has not filed an appearance or answered or moved.

NOW, Plaintiff hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) without prejudice and without costs and release all sums attached, if any, at garnishee banks.

Dated: New York, New York
       March 4, 2008

**THE CLERK TO CLOSE THIS CASE.**

Respectfully submitted

By: _____
Jeremy J.O. Harwood
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
*Attorneys for Plaintiff*

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
3/4/08

128949.06501/6621386v.1